UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                                    **Case No. 13-20341-BKC-RBR**
                                                                          Chapter 11

BRETT HOWELL

_____Debtor_____/

## DEBTOR'S APPLICATION FOR EMPLOYMENT OF
## DAWN MICHELLE RAPOPORT AS SPECIAL COUNSEL FOR DEBTOR

BRETT HOWELL (the "Debtor"), respectfully requests an order of the Court authorizing the employment of Dawn Michelle Rapoport of the law firm of Dawn M. Rapoport, P.A. d/b/a The Rapoport Law Group to represent the debtor in this case and states:

1.  On May 10, 2013, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code.

2.  The Debtor desires to employ Dawn Rapoport, Esquire of the law firm of Dawn M. Rapoport, P.A. d/b/a The Rapoport Law Group as special counsel in this case. Ms. Rapoport was representing the Debtor in his state court foreclosure proceeding with respect to his rental property located at 1765 NE 58th Court, Fort Lauderdale, Fl. The validity of the first and second mortgages on this property have are the subject of much state court litigation. Ms. Rapoport believes she can resolve the issues raised as to the validity of the note and mortgage by initiating an adversary proceeding to determine the extent, validity and priority of the alleged lien in this case.

3.  Proposed Special Counsel is specialized in these matters of mortgage validity and has acquired a specific analysis from and expert related to this particular note and mortgage. Accordingly, the Debtor believes that she is the most qualified to resolve this matter in an

efficient and cost effective manner. Debtor proposes to provide Ms. Rapoport with a retainer from third party sources. Ms. Rapoport will then bill her work at her regular hourly rate and file an application with this court for approval of her final compensation.

    4. The Debtor believes that the proposed special counsel is qualified to practice in the Bankruptcy Court and is qualified to advise the Debtor in the matter for which she will be retained.

    5. To the best of Debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said attorney nor said law firm represent any interest adverse to the Debtor.

    6. Attached to this Motion is the proposed attorney's Affidavit demonstrating Dawn M. Rapoport and The Rapoport Law Group are disinterested as required by 11 U.S.C. § 327(a), and a verified statement as required under FRBP 2014.

    WHEREFORE, the Debtor respectfully requests an Order authorizing retention of Dawn Michelle Rapoport and and Dawn M. Rapoport, P.A. d/b/a The Rapoport Law Group on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330 as set forth herein.

Dated: January 4, 2014

                                *s/ Susan D. Lasky*

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail to the Office of the United States Trustee and to the attached list by electronic mail on this 4th day of January 2014, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

                          SUSAN D. LASKY, PA
                          Attorneys for Debtor
                          915 Middle River Dr./Suite 420
                          Ft Lauderdale, FL 33304
                          954-400-7474/954-206-0628 fax
                          Sue@SueLasky.com

                          BY:_____
                              SUSAN D. LASKY, ESQ.
                              Florida Bar No.: 451096

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                             Case No. 13-20341-BKC-JKO
                                                   Chapter 11
BRETT HOWELL

_____Debtor_____/

## AFFIDAVIT OF PROPOSED SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION

STATE OF FLORIDA            )
                            ) ss
COUNTY OF BROWARD           )

DAWN RAPOPORT, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida and the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of Dawn M. Rapoport, P.A., d/b/a The Rapoport Law Group with my office located at 1314 East Las Olas Blvd. # 121. Fort Lauderdale, FL 33301.

3. Neither I nor the firm represent any interest adverse to the debtor(s) or the estate, and we are disinterested persons as required by 11 U.S.C §327(a).

4. I was and remain state court counsel with respect to Mr. Howell in the matter related to BROWARD CASE NO. 062010CA016343 THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC8, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OC8 as Plaintiff, v. BRETT HOWELL, et al.

INFORMATION RELATED TO STATE COURT FORECLOSURE

5. Neither I nor the firm has or will represent any other entity in connection with this case.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Dawn Rapoport, ESQ.

Sworn to and Subscribed before me this

3rd day of December, 2013.

commission expires:

_____
Notary Public, State of Florida

DAVID FRANK SCHNEIDER
MY COMMISSION # EE089915
EXPIRES July 17, 2015
(407) 398-0153   FloridaNotaryService.com

Kevin A Comer on behalf of Creditor The Bank of New York Mellon
**bkfiling@consuegralaw.com**

Marc G Granger on behalf of Creditor The Bank of New York Mellon
**mgranger@kahaneandassociates.com**,
**jbuchanan@kahaneandassociates.com;ixarias@kahaneandassociates.com**

Kevin L Hing on behalf of Creditor HSBC Bank USA, National Association
**khing@logs.com**, **electronicbankruptcynotices@logs.com**

Susan D. Lasky, Esq on behalf of Debtor Brett Eugene Howell
**ECF@suelasky.com**, **ECFSueLasky@gmail.com**

Office of the US Trustee
**USTPRegion21.MM.ECF@usdoj.gov**

Dean R. Prober, Esq. on behalf of Creditor Bank of America, N.A. c/o
**cmartin@pralc.com**

| | | |
|---|---|---|
| Brett Howell<br>1591 E. Atlantic Boulevard Apt. #103<br>Pompano Beach, FL 33060 | Office of the UST- via ECF | ACC Capital Corporation<br>1787 East Fort Union Blvd<br>Ste 200<br>Salt Lake City, UT 84121 |
| AMEX Centurion Card<br>POB 360001<br>Fort Lauderdale, FL 33336 | AMEX Platinum Card<br>POB 360001<br>Fort Lauderdale, FL 33336 | Arlington Capital Leasing<br>of De Lage Landen Financial Svcs Inc<br>POB 41602<br>Philadelphia, PA 19101 |
| Bank of America<br>P.O. Box 15028<br>Wilmington, DE 19850 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850 | Bank of America<br>c/o ERS Solutions<br>P.O. Box 9004<br>Renton, WA 98057 |
| Bank of America Home Loans<br>POB 650070<br>Dallas, TX 75265 | Bank of America Home Loans<br>POB 5170<br>Simi Valley, CA 93062 | Budget Rent-A-Car<br>c/o JNR Adjustment Company, Inc.<br>P.O. Box 782107<br>Orlando, FL 32878 |
| Capital One Visa<br>P.O. Box 71083<br>Charlotte, NC 28272 | Chase Card Services<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886 | Chase Collection Dept.<br>P.O. Box 659409<br>San Antonio, TX 78265 |
| Chase Home Finance<br>POB 183166<br>Columbus, OH 43218 | Citibank Corporate Card<br>POB 6125<br>Sioux Falls, SD 57117 | De Lage Landen Financial Svcs<br>POB 41602<br>Philadelphia, PA 19101-1602 |
| Direct Capital Corp<br>155 Commerce Way<br>Portsmouth, NH 03801 | Enid Howell<br>411 NE 11 Ave<br>Fort Lauderdale, FL 33301 | Enterprise Funding Group<br>1308 Three Mile Rd NW<br>Grand Rapids, MI 49534 |
| ERS Solutions, Inc.<br>c/o Joseph Lewellen<br>800 S.W. 29th Street<br>Renton, WA 98057 | First Citizens Bank & Trust Co<br>as successor to Ironstone Bank<br>c/o Quintairos Prieto Wood & Boyer PA<br>One East Broward Blvd., Ste 1200<br>Fort Lauderdale, FL 33301 | Gary M. Samples, Esquire<br>Zqicker & Associates, P.C.<br>10550 Deerwood Park Blvd Suite 300<br>Jacksonville, FL 32256 |
| Greenspoon Marder PA<br>Trade Center South, Suite 700<br>100 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309 | Internal Revenue Service<br>Department of the Treasury<br>Philadelphia, PA 19154 | IronStone Bank<br>c/o Michael Master, Branch Manager<br>5721 Coral Ridge Dr<br>Pompano Beach, FL 33076 |
| IRS<br>POB 21126<br>Philadelphia, PA 19114 | IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | Jeff Davis<br>10 Knoll Rd<br>Port Washington, NY 11050 |

| | | |
|---|---|---|
| JNR Adjustment Company, Inc.<br>c/o David Cannon<br>P.O. Box 782107<br>Orlando, FL 32878 | Leaf Financial Corp<br>654 Amherst Rd<br>Ste 308<br>Sunderland, MA 01375 | Leasing Innovations Inc R/S # 2<br>87 Summer St<br>4th Floor<br>Boston, MA 02110 |
| Leasing Innovations Inc R/S #1<br>77 Summer St<br>Ste 202<br>Boston, MA 02110 | Lyon Financial Svcs d/b/a US Bank<br>Manifest Funding Svcs<br>1450 Channel Pkwy<br>Marshall, MN 56258 | Manifest Funding Svcs<br>POB 790448<br>Saint Louis, MO 63179 |
| NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | Regions Bank<br>POB 2224<br>Birmingham, AL 35201 | Riverside Leasing Company<br>2211 Okeechobee Rd<br>Fort Pierce, FL 34950 |
| Securities and Exchange Commission<br>Miami Regional Office<br>Eric I. Bustillo, Regional Director<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131 | Smith Hiatt Diaz, P.A.<br>2691 East Oakland Park Boulevard<br>Suite 303<br>Fort Lauderdale, FL 33339 | Sovereign Bank<br>POB 16255<br>Reading, PA 19612-6255 |
| Sterling National Bank Leasing<br>POB 1570<br>Church Street Station<br>New York, NY 10008 | Suntrust Bank<br>P.O. Box 4928<br>Orlando, FL 32802 | Suntrust Bank Card<br>POB 791250<br>Baltimore, MD 21279 |
| Suntrust Bank Default Recovery Dept.<br>P.O. Box 85041<br>Richmond, VA 23285 | US Airways MasterCard<br>POB 13337<br>Philadelphia, PA 19101-3337 | Vertical Computer Systems, Inc.<br>1591 E. Atlantic Blvd. #103<br>Pompano Beach, FL 33060 |